ARTESIAN WELL AND EQUIPMENT CO., INC., PLAINTIFF-APPELLANT, v. ARCHITECTURAL TILING CO., INC., DEFENDANT-RESPONDENT.

Argued October 10, 1949—Decided October 17, 1949.

*Mr. William S. Grimaldi* argued the cause for the appellant (*Mr. Raymond G. Becker,* attorney).

*Mr. Henry Pomerehne* argued the cause for the respondent (*Messrs. Brody & Brody,* attorneys).

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge McGeehan in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.